IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THORCO, INC., | CV 25–78–M–DWM |
| Debtor. | |
| DENNIS THORNTON, | ORDER |
| Plaintiff-Appellant, | |
| vs. | |
| CHRISTY L. BRANDON, a Chapter 7 Trustee for THORCO, INC., and BRETT CAHOON, United States Trustee, | |
| Defendant-Appellees. | |

On June 6, 2025, Plaintiff-Appellant Dennis Thornton filed a notice of

appeal and statement of election appealing an order denying his two motions to

dismiss in a Chapter 7 bankruptcy proceeding.  (Doc. 1; 9:22-bk-90119-WLH

(Bnkr. D. Mont. 2022), Docs. 512 (Motion to Dismiss); 544 (Motion to Dismiss);

563 (Order).)

Rule 8009 of the Federal Rules of Bankruptcy Procedure governs the

designation of record on appeal.  The Court has received Thornton's designation of

record, (Doc. 13), which is in technical compliance with the Rule as it includes the required record items, Fed. R. Bankr. P. 8009(a)(4), but it is staggeringly overbroad.  Indeed, Thornton includes nearly the entire record of the underlying bankruptcy proceeding.  (*Id.*)

Accordingly, IT IS ORDERED that docket entries 1 through 586 of the Bankruptcy Court record, (9:22-bk-90119-WLH (Bnkr. D. Mont. 2022), Docs. 1–586), are Thornton's designated record on appeal; however, these items will not be filed in the above-captioned case docket.  Any reference to them in this matter shall be formatted as: "(Bankr. Doc. [ECF number] at [page].)".

DATED this 22nd day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court