UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

THORCO, INC.,
        Debtor.
_____

DENNIS THORNTON,

        Plaintiff-Appellant,

vs.

CHRISTY L. BRANDON, a Chapter 7 Trustee for THORCO, INC., and BRETT CAHOON, United States Trustee,

        Defendant-Appellees.

Case No. CV-25-78-M-DWM

JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

        IT IS ORDERED AND ADJUDGED that the motions to dismiss are granted. This case is terminated.

        Dated this 13th day of August, 2025

        TYLER P. GILMAN, CLERK

        By:   /s/ Annie Puhrmann
                Deputy Clerk